# PLAINTIFF'S EXHIBIT INDEX

Plaintiff submits the following exhibits in support of the Verified Civil Rights Complaint, Emergency Motion for Temporary Restraining Order, and Preliminary Injunction:

| Exhibit | Description |
|---------|-------------|
| Exhibit A | Certified Temporary Order of Protection issued by the Twelfth Judicial District Court of New Mexico |
| Exhibit B | Order to Appear issued by the Twelfth Judicial District Court of New Mexico |
| Exhibit C | Final Custody Orders establishing prior State of New Mexico jurisdiction |
| Exhibit D | Child Support Orders establishing prior State of New Mexico jurisdiction |
| Exhibit E | Motion to Enforce and related New Mexico court filings |
| Exhibit F | Email communications transmitting protection order materials to Mescalero Apache Tribal Court personnel |
| Exhibit G | Email acknowledgments confirming receipt of protection order documents |
| Exhibit H | Communications with Tribal officials regarding filing, registration, recognition, or enforcement requests |
| Exhibit I | Communications with Tribal law enforcement concerning enforcement requests |
| Exhibit J | Documentation reflecting refusal, delay, impediment, or failure to process filings |
| Exhibit K | Documentation reflecting exhaustion of available Tribal remedies |
| Exhibit L | Chronological timeline of Plaintiff's filing attempts, contacts, and enforcement efforts |
| Exhibit M | Notes, records, or documentation concerning in-person Tribal Court appearances |
| Exhibit N | Documentation demonstrating continuing harm and irreparable injury |
| Exhibit O | Declaration of Plaintiff supporting emergency injunctive relief |
| Exhibit P | Supporting declarations of witnesses, advocates, or supporting parties |
| Exhibit Q | Additional documentary evidence supporting allegations contained within the Complaint |

Plaintiff reserves the right to supplement exhibits as discovery and continuing proceedings require.

Respectfully submitted,


Mida Escalanti Gonzalez
Plaintiff, Pro Se

Date: _____