**EXHIBIT B Communication with General Counsel N. Cervantes**

 Gmail

---

## RE: Motion to Enforce

---

**Nelva Cervantes** <ncervantes@mescaleroapachetribe.com>    Mon, May 18, 2026 at 1:30 PM
To: "deadlylove1327@gmail.com" <deadlylove1327@gmail.com>
Cc: Tazalynn Cochise <tcochise@mescaleroapachetribe.com>

Re-sending to correct email.

**From:** Nelva Cervantes
**Sent:** Monday, May 18, 2026 12:29 PM
**To:** 'deadlylove1317@gmail.com' <deadlylove1317@gmail.com>
**Cc:** Tazalynn Cochise <tcochise@mescaleroapachetribe.com>
**Subject:** Motion to Enforce

Good afternoon:

I write in response to your Motion to Enforce Order re: Mida Escalanti. Court filings must be made directly to the Mescalero Apache Tribal Court. For more information, please call the Tribal Court at 575-464-0414 or email *tribalcourt@mescaleroapachetribe.com.*

Thank you,

Nelva



P.O. Box 227,
108 Central Avenue
Mescalero, NM
88340

**Mescalero Apache Tribe**
Nelva Cervantes, Esq.
General Counsel

Office: (575) 464-4494
Fax: (575) 464-9220
E-mail: ncervantes@mescaleroapachetribe.com

*Confidentiality Note: The information contained in this email and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this email or its attachments is prohibited. If you have received this email in error, please notify the sender immediately of that fact by return email and permanently delete the email and any attachments to it. Thank you.*

---

**Deadly Love** <deadlylove1327@gmail.com>                    Mon, May 18, 2026 at 1:35 PM
To: Nelva Cervantes <ncervantes@mescaleroapachetribe.com>
Cc: Tazalynn Cochise <tcochise@mescaleroapachetribe.com>
Bcc: Doug Debakey <dougdebakey@gmail.com>, Mida Escalanti <midaescalanti18@gmail.com>

Nelva,

I'm not trying to be difficult or be a shady ass here but we already provided the tribal court paperwork in this case and they advised us they "don't want to see it"

We also previously spoke to Thora Padilla about this matter and have recorded as saying she "has no control over the tribal court"

We have also turned in a hard drive for the case records and discovery and have heard nothing back and are also way over the 30 day deadline for the appeal.

Is that something you can comment on or are you going to refer me back to tribal court?

Ixehe,

Jennifer L White
First Nation Second Chance
210-970-8185

---

**Deadly Love** <deadlylove1327@gmail.com>                    Mon, May 18, 2026 at 1:37 PM
To: Nelva Cervantes <ncervantes@mescaleroapachetribe.com>
Cc: Tazalynn Cochise <tcochise@mescaleroapachetribe.com>
Bcc: Doug Debakey <dougdebakey@gmail.com>, Mida Escalanti <midaescalanti18@gmail.com>

Correction I meant smart ass not shady ass I apologize for the typo

---

**Nelva Cervantes** <ncervantes@mescaleroapachetribe.com>          Mon, May 18, 2026 at 1:49 PM
To: Deadly Love <deadlylove1327@gmail.com>
Cc: Tazalynn Cochise <tcochise@mescaleroapachetribe.com>

Ms. White:

As noted in my previous email, court filings must be made to the Tribal Court directly. The Tribal Administration cannot file or act on court matters.

I cannot tell from your email who told you "they don't want to see it." The clerks must accept all filings and the Judge alone can determine if there is jurisdiction or grounds for dismissal. If the clerks refused to accept paperwork without the Judge making a determination, then please contact the Tribal Court Administrator.

As to appeals, you will have to contact the Court for an update. I do not have access to their appeal docket or any other information related to active appeals.

Thank you,

Nelva



P.O. Box 227,
108 Central Avenue
Mescalero, NM
88340

Mescalero Apache Tribe
Nelva Cervantes, Esq.
General Counsel

Office: (575) 464-4494
Fax: (575) 464-9220
E-mail: ncervantes@mescaleroapachetribe.com

*Confidentiality Note: The information contained in this email and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this email or its attachments is prohibited. If you have received this email in error, please notify the sender immediately of that fact by return email and permanently delete the email and any attachments to it. Thank you.*

**From:** Deadly Love <deadlylove1327@gmail.com>
**Sent:** Monday, May 18, 2026 12:37 PM
**To:** Nelva Cervantes <ncervantes@mescaleroapachetribe.com>
**Cc:** Tazalynn Cochise <tcochise@mescaleroapachetribe.com>
**Subject:** Re: Motion to Enforce

**NOTICE - EXTERNAL EMAIL: This e-mail originated from an external sender. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.**

---

**Deadly Love** <deadlylove1327@gmail.com>                    Mon, May 18, 2026 at 3:40 PM
To: Nelva Cervantes <ncervantes@mescaleroapachetribe.com>
Cc: Tazalynn Cochise <tcochise@mescaleroapachetribe.com>
Bcc: Doug Debakey <dougdebakey@gmail.com>, Mida Escalanti <midaescalanti18@gmail.com>

Ms. Cervantes,

I must be confused then because Mr. DeShane stated that tribal council and you yourself are able to make an appearance in regards to appeal matters.

Let me check the records and evidence that I have in regards to recent appeals and federal filings.

I will contact the tribal administrator in regards to the appeal status.

Also do you mind clarifying the tribal courts discovery rules and record keeping?

Does the tribal court just get to pick and choose what motions they respond to?

Ixehe,

Jennifer L. White
First Nations Second Chance
210-970-8185