**EXHIBIT C Communication with M. Spitty & Tribal Court**

 Gmail

# ER MOTION TO ENFORCE

**Deadly Love** <deadlylove1327@gmail.com>                    Thu, May 21, 2026 at 11:26 AM
To: mspippy@mescaleroapachetribe.com, EFouratt@da.state.nm.us, Nelva Cervantes
<ncervantes@mescaleroapachetribe.com>, Doug Debakey <dougdebakey@gmail.com>, Mida Escalanti
<midaescalanti18@gmail.com>

Good Morning,

I am on the phone with Melanie with the Mescalero Apache Tribal Court and my emails are not being received. So I just want to test this system and see if everyone is receiving emails or if it is just the tribal court systems that are not working.

Blessings,

Jennifer L White
First Nation Second Chance
210-970-8185

📄 **ER MOTION TO ENFORCE PRO ORDER.pdf**
673K

---

**EJ Fouratt** <EFouratt@da.state.nm.us>                      Thu, May 21, 2026 at 1:41 PM
To: Deadly Love <deadlylove1327@gmail.com>

I have received...

---

**Deadly Love** <deadlylove1327@gmail.com>                   Mon, May 25, 2026 at 3:15 PM
To: EJ Fouratt <EFouratt@da.state.nm.us>

Thank you. We tried serving the new temporary order of protection to both BIA/Tribal Police & The Tribal Court and they refused to process the orders and claimed they didn't have a Judge available. So I am now typing up the Federal Civil Filings for a Preliminary Injunction.

Blessings,

Jennifer L. White